# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| NOKIA CORP., *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> STOUT RISIUS ROSS LLC., <br><br> *Defendant*. | Civil Action No. 3:22-MC-00068-N |

## [AGREED PROPOSED] ORDER GRANTING
## AGREED MOTION TO TRANSFER MOTION TO COMPEL TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS

THIS CAUSE came before the Court upon the Parties' Agreed Motion to Transfer Motion to Compel to the United States District Court for the Eastern District of Texas ("Motion"). The Court, having reviewed the file, and being otherwise duly advised of the premises, the Motion is hereby GRANTED. The Court ORDERS that the Motion to Compel (Dkt. Nos. 1-4) is transferred to the United States District Court for the Eastern District of Texas for consideration.

SIGNED AND ENTERED this _____ day of _____, 2022.

_____
UNITED STATES MAGISTRATE JUDGE

AGREED:

By: */s/ M. Scott Stevens*
M. Scott Stevens (NC Bar No. 37828)
**ALSTON & BIRD LLP**
101 S. Tryon Street; Suite 4000
Charlotte, North Carolina 28280
Phone: (704) 444-1000
Fax:    (704) 444-1935
scott.stevens@alston.com
*Counsel for Nokia Corp., Nokia Solutions*

*and Networks Oy, and Nokia of America Corp.*

By: /s/ William E. Davis, III
William E. Davis, III
Texas State Bar No. 24047416
bdavis@davisfirm.com
**THE DAVIS FIRM, PC**
213 N. Fredonia Street, Suite 230
Longview, Texas 75601
Telephone: (903) 230-9090
Facsimile: (903) 230-9661

*Counsel for Stout Risius Ross, LLC*